# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142832 & (39)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DOREEN COPUS,
　　　　　Plaintiff-Appellee,

v

MEEMIC INSURANCE COMPANY,
　　　　　Defendant-Appellant.
_____/

SC: 142832
COA: 295499
Kent CC: 09-007272-NF

　　　　On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the February 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

Clerk

h0620